EDP: WPC
F.# 2018R00125

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | [PROPOSED] |
| - against - | O R D E R |
| ANTHONY MURINO, | 18 CR 64 (RJD) |
| Defendant. | |

---------------------------------------------X

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney William P. Campos, it is hereby:

ORDERED that the above-referenced indictment, Criminal Docket No. 18-64, be dismissed without prejudice as to defendant ANTHONY MURINO.

Dated: Brooklyn, New York
       7/12, 2022

s/RJD

HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK